**ORIGINAL**

DONNELLY, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

ORENSTEIN, M.J.

Kenyetta Russell
_____

_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-
Central Intelligence Agency
Victoria Jones Ford
Donald Trump
George Amedore

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. **CV 19 - 5063**
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☑ Yes   ☐ No
                *(check one)*

RECEIVED
AUG 29 2019
PRO SE OFFICE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Kenyetta Russell |
   | Street Address | 174 Prospect Place |
   | City and County | Brooklyn, |
   | State and Zip Code | New York 11238 |
   | Telephone Number | 915-252-9941 |
   | E-mail Address | rus-kenya@icloud.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | Victoria Fort Jones |
   | Job or Title (if known) | Supervisor / Guardian Marines |
   | Street Address | Department of Defense |
   | City and County | US Pentagon |
   | State and Zip Code | 1400 Defense Pentagon, Washington, DC 20301-1400 |
   | Telephone Number | Unknown |
   | E-mail Address (if known) | Unknown |

   Defendant No. 2

   | | |
   |---|---|
   | Name | Donald Trump |
   | Job or Title (if known) | Commander In Chief |
   | Street Address | 1600 Pennsylvania Avenue, NW |
   | City and County | Washington DC 20500 |

State and Zip Code: Washington, DC 20500
Telephone Number: Unknown
E-mail Address (if known): Whitehouse.gov

Defendant No. 3

Name: George Amedore
Job or Title (if known): United States Senator
Street Address: Albany Office
City and County: LOB 802
State and Zip Code: Albany, NY 12247
Telephone Number:
E-mail Address (if known):

Defendant No. 4

Name: Central Intelligence Agency
Job or Title (if known):
Street Address:
City and County: Office of Public Affairs
State and Zip Code: Washington, DC 20505
Telephone Number:
E-mail Address (if known):

II.  **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

4

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

While I lived at 33 Taft Place, Amsterdam, NY I began having trouble with neighbors and a man named Deric Freedom Brown. People trespassed onto my property where I paid mortgage and property tax. I filed police reports with the APD. I do not feel anything was done about this harassment due to the City Council and the mayor's dislike of me. I was not provided equal protection under the law from trespassers and neighbors, The Fraziers of 31 Taft Place who entered my home while I was away working at 44 Holland Ave, Albany, NY. I was blacklisted in the town and couldn't get anyone in town to fix things on my home (Plumbing) and they took pictures of me all over town as soon as I walked out my door. I believe my door was somehow alarmed and also private investigators were following my car.

I decided to ask for help with the situation. I faxed a letter to the White House and delivered letters to the offices of Senator George Amedore and Assemblyman Angelo Santabarbara. As a result of this my life changed completely.

I found myself under some type of guardianship and custody. I have NEVER been in attendance at a court proceeding for either a guardianship or custody issue. I was advised by a veteran, who can do nothing about what's happening, that I was under guardianship by Senator Amedore and President Trump. I feel this is illegal and I should be released from this illegal guardianship. I do not know of any lawyer who represented me, nor have I had any contact with any of the people I contacted regarding my letter to them. I do not know of any legal proceeding and I do not know the name of any physician or psychiatrist used to evaluate me for this guardianship. I have searched for an index number but was given the run around. I know the guardianship index number does exist. As a result of this guardianship and the people handling it I have ended up under some type of military situation. No one has ever met with me to offer me a job in the military or ANY government job. Since no one has NEVER offered me a job in any military capacity I have NEVER accepted a job with any military branch or military contracting company.

I never agreed to be recorded, visual or audio. In my letters I stressed the fact that I wanted people to know I was not ~~being accused~~ doing things that I was being accused of by neighbors. I did not want to be placed on display or placed "in a zoo". I did not expect to be placed under guardianship and supervision of a person calling themself Victoria. I was told Victoria is my supervisor, boss and there's a union. People don't want to get involved in court although they know what

I first became aware this person name Victoria didn't like me in Long Beach California where I was called a liar. On 9/20/18 at the Long Beach Daiso a bunch of people came running towards me yelling, "Liar, Liar on Aisle 3" repeatedly. I am not a liar and did not know what was meant by this.

During my weekly therapy appointments at The Asian Pacific Counseling Center Victoria was meeting with and communicating with my counselor Ms. Kwon. Among the things she told my counselor were I was not a good mother and alluded to the slander that I had sex in front of my daughter. That is absolutely not true. She also insinuated that I accused someone who was innocent of rape as an adult. I was also accused of being a narcissist and a "monster". I am not either of those things. I was accused of being a "bum and a prostitute." I am neither of those things.

I have over 34 years of employment history. I worked and attended The City College of New York where I graduated from in June of 2000. Afterwards I completed a year with Americorps working with Teachers For Tomorrow and The New York City Board of Education under the direction of Donna Sulpy O'Connor now relocated to Washington state. I also completed an online degree at Stony Brook. I have never worked on any job that was "given" to me. I am not a token. I worked for New York State by taking Civil Service Exams, other jobs I applied for and interviewed for. I did not FORGET any job I worked on. Most of my employment was in New York.

I returned to New York during the week of June 18th after discussing moving into a newer home with my mother. After an argument with my family I needed to go to 118 Williams St

shelter. Some of the things that took place at my mother's apt was me being isolated, mistreated, insulted and there was an issue with my mother's husband.

approx 8/15/19

I moved to a shelter and was told by a woman and a man that I had been "evicted by a marshall". I had no idea why that was said but I was transferred to 174 Prospect Place in Brooklyn. At 174 Prospect Place after taking a shower, drying off in the room and taking care of my personal needs downstairs two ladies stated that my "meat" could be seen while inserting a tampon. No one was in the room. I am being illegally recorded. I have NEVER signed a contract to be recorded. This is happening as a result of Victoria being in supervision or guardianship over me. She has also had people stand next to me and make comments about body odor, even after I just finished showering. I know how to bath and brush my teeth. She is known to say "I win again, I always win." I didn't realize I was in any competition. Comments are made about my clothing and on one occasion 9/28/19 the comment was made about me needing to take a bath before I called the police. I am being psychologically terrorized. I have stated if this is about a job "I quit" numerous times.

People were also told not to speak to me in English on my trip to Montreal. My trip to England was intentionally made rough on purpose. I don't know if it is because of her connections to the Marines or other military.

I never agreed to be recorded or be under guardianship / supervision by anyone named Victoria. I never agreed to any tests on my body. I would not forget a major event like who I chose to work for. There is something illegal going on.

I do not have a lawyer, nor have I been introduced to any legal representative. This guardian has removed items from my home such a my marraige registration and

other items such as lotto tickets and ~~other~~ in addition items in my home were broken. I remember this from when I live at 33 Taft place.

I was told there are duties by someone who I guess was trying to help, but I do not know how I was placed in a job, or a guardianship. I was told there's nothing I can do and laughed at. I was told go left and no one cares but I care that is why I am filing this civil action.

As a result of being illegally placed under guardians and placed in a job I did not ask for my PTSD has been exaserbated to the point that I had to apply for disability last year. I cannot work due to harassment and emotional and psychological distress Victoria has made ~~my self est~~ me struggle with self esteem by humiliating and degrading me. I was told nothing can be done and laughed at but I do not believe that is true. There has to be justice for people dragged into guardianships and unbelievably placed into work situations they never agreed to be in.

*Kenyetta Russell*

There are many wonderful people working for the government (DoD) I am interested in filing this civil complaint against the mentioned for emotional distress.

*Kenyetta Russell*

(added KR) The people I contacted about the unequal protection under the law did not directly get back to me. I contacted the White House via a faxed letter addressed to President Trump and President Obama, also Senator Amedore. I was set up to fail.

In addition to what I've previously written about thi

Why has no one come up to me to explain in full what is happening? Also, I do not know the person who placed (hired) me in this "Position". I don't know why I am being referred to as a baby and told to shut up. I did not become aware on my own of any job, was I supposed to?, I must stress this because I was allowed to go for almost a year with people saying, "Figure it out" and laughing. I did not know what was happening to me or why or by who. People waiting gathering around before stating, "I'm done" and saying stupid or some other insult.

Also I cannot stress the humiliation of having someone placed next to me, sometimes their child, to hurl insults my way. I am a clean person and don't appreciate being called weird, being told (third party) that I smell weird, and having people directed to walk near me trying to smell my body, acting as if they are rating me. This happened today at Brooklyn Family Court on the 9th floor. I am constantly being scrutinized for my weight, Age called old, too old, clothing and my body. The person directing this has caused me emotional distress. I do not need Court officers from the 9th Floor Pt 18A walking past me twice laughing outloud saying, "yes definitely weird". This type of humiliation is repetitive and obviously done on purpose. This intentional humiliation and body shaming has happened at every place I live for last 2 years with same wording verbatim. I know there is a doctor involved. I do not understand why I am threatened with being "incarcerated 100 yrs" and basically mistreated or told "Not my problem". This is someone's problem. I did not ask place myself in this position, nor did I ask to be place in it. I asked for help with the police. I did not think I was asking a favor when I contacted higher authorities about a local police problem. There are some wonderful people working for the government. My case is against those who did not provide me with the needed information. "Figure it out" was not sufficient. I am not stupid but I do have PTSD and anxiety. That does not give people the right to make a game of my life

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Emotional Distress - $2 million Dollars

V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8|29, 2019.

Signature of Plaintiff _Kenyatta Russell_
Printed Name of Plaintiff _____

6